DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DYLAN WOODWARD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D2025-0961

_____

February 13, 2026

Appeal from the Circuit Court for Sarasota County; Thomas W. Krug, Judge.

Dylan Woodward, pro se.

James Uthmeier, Attorney General, Tallahassee, and Laura Dempsey, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

   Affirmed.

LUCAS, C.J., and NORTHCUTT and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior publication.